■ ONONDAGA LANDFILL SYSTEMS, INC., Appellant, v ONONDAGA COUNTY SOLID WASTE DISPOSAL AUTHORITY, Respondent, and TOWN OF ONONDAGA, Intervenor-Respondent.—Judgment, insofar as appealed from, unanimously reversed, on the law, without costs, in accordance with the following memorandum: Special Term lacked authority to grant *sua sponte* relief (*see, Ressis v Mactye,* 98 AD2d 836; *De Pan v First Natl. Bank,* 98 AD2d 885, 886). There is no stipulation in the record permitting the court to ignore proper procedure. (Appeal from judgment of Supreme Court, Onondaga County, Miller, J.—declaratory judgment.) Present—Dillon, P. J., Doerr, Boomer, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT MAYFIELD, Appellant.—Motion for reargument granted to the extent that the first sentence of the memorandum decision dated March 1, 1985 (109 AD2d 1084) amended to read as follows: "Defendant's two consecutive sentences of 2-1/3 to 7 years on convictions of burglary in the third degree, petit larceny and possession of burglar's tools for a minimum term of 4-2/3 and a maximum term of 14 years, were not excessive." Present—Hancock, Jr., J. P., Doerr, Denman, Green and O'Donnell, JJ.